1  Jason A. Ibey, Esq. (SBN: 284607)
   jason@kazlg.com
2  **KAZEROUNI LAW GROUP, APC**
3  321 N. Mall Drive, Suite R108
   St. George, UT 84790
4  Telephone: (800) 400-6808
   Facsimile: (800) 520-5523
5

6  *Attorneys for Plaintiff,*
   Michael Yoffee
7

8

9              **UNITED STATES DISTRICT COURT**

10            **SOUTHERN DISTRICT OF CALIFORNIA**

11 | **MICHAEL YOFFEE,** | Case No. 3:20-CV-02304-CAB-DEB
12 | **Individually and On Behalf of All**
   | **Others Similarly Situated,** | **PLAINTIFF'S NOTICE OF VOLUNTARY**
13 |                                 | **DISMISSAL OF ACTION PURSUANT TO**
   |                                 | **FED. R. CIV. P. 41(a)(1)(A)(i)**
14 |              Plaintiff,
15 |
   | v.
16 |                                 | **HON. CATHY ANN BENCIVENGO**
17 | **JOSHUA DAVID MELLBERG,**
   | **LLC d/b/a J.D. MELLBERG**
18 | **FINANCIAL,**
19 |
20 |              Defendant.

21

22

23

24

25

26

27

28

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Michael Yoffee ("Plaintiff") voluntarily dismisses this action in its entirety, with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

No motion for class certification has been filed, and no class has been certified in this action. Accordingly, class notice and Court approval of this voluntary dismissal are not required under Fed. R. Civ. P. 23(e).

Therefore, the Court may proceed to dismiss this action in its entirety with prejudice as to the Plaintiff's individual claims, and without prejudice as to the claims of the putative class members.

KAZEROUNI LAW GROUP, APC

Date: March 15, 2021                    By:  _s/ Jason A. Ibey_____
                                             Jason A. Ibey, Esq.
                                             *Attorneys for Plaintiff*